# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2785

_____

George W. Carlisle, Jr.,      *
     *
         Appellant,      *
     *    Appeal from the United States
       v.      *    District Court for the
     *    Eastern District of Missouri.
Missouri Highways and Transportation    *
Commission,      *    [UNPUBLISHED]
     *
         Appellee.      *

_____

Submitted: December 1, 2008
Filed: January 13, 2009

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

George W. Carlisle, Jr., appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action. Upon careful de novo review, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we conclude that summary judgment was properly granted for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Audrey G. Fleissig, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).